**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chidlow-Williams, Shannon L** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>**FDBA AAA Chiropractic Life Center; FKA Shannon L Chidlow; DBA In Balance Chriopractic Health & Wellness Center** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-1879** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3626 Green Street**<br>**Steger, IL 60475** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: **Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business  ☐ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | | |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | | |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**(Official Form 1)(9/01)**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** **Chidlow-Williams, Shannon L** | **FORM B1**, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit A** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Shannon L Chidlow-Williams**<br>Signature of Debtor **Shannon L Chidlow-Williams**<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>**October 14, 2005**<br>Date | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. |
| | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X **/s/ Daniel J Winter**           **October 14, 2005**<br>Signature of Attorney for Debtor(s)         Date<br>**Daniel J Winter 6208223** |
| **Signature of Attorney**<br><br>X **/s/ Daniel J Winter**<br>Signature of Attorney for Debtor(s)<br>**Daniel J Winter 6208223**<br>Printed Name of Attorney for Debtor(s)<br>**Law Offices of Daniel J Winter**<br>Firm Name<br>**53 W Jackson Boulevard**<br>**Suite 725**<br>**Chicago, IL 60604**<br>Address         **Email: djw@dwinterlaw.com**<br>**312-427-1613  Fax: 312-663-1312**<br>Telephone Number<br>**October 14, 2005**<br>Date | **Exhibit C**<br>Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No |
| | **Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (Required by 11 U.S.C.§ 110(c).)<br><br>_____<br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X _____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

**United States Bankruptcy Court**
**Northern District of Illinois**

In re  **Shannon L Chidlow-Williams**                                  Case No.
                                    Debtor(s)                          Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................................. $  **2,500.00**
    Prior to the filing of this statement I have received ................................................ $  **2,500.00**
    Balance Due ............................................................................................................ $      **0.00**

2. $ **209.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, or any other adversary proceeding.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **October 14, 2005**                          **/s/ Daniel J Winter**
                                                      **Daniel J Winter 6208223**
                                                      **Law Offices of Daniel J Winter**
                                                      **53 W Jackson Boulevard**
                                                      **Suite 725**
                                                      **Chicago, IL 60604**
                                                      **312-427-1613  Fax: 312-663-1312**
                                                      **djw@dwinterlaw.com**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Shannon L Chidlow-Williams**                                  Case No.
                          Debtor(s)                                    Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **37**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **October 14, 2005**                    **/s/ Shannon L Chidlow-Williams**
                                                **Shannon L Chidlow-Williams**
                                                Signature of Debtor

Advocate south Suburban Hospital
PO Box 129
Lombard, IL 60148

Daniel R Dleska
17720 A Oakpark Ave
Tinley Park, IL 60477

Law Offices of Peter E Converse P
105 W Adams St
Suite 3000
Chicago, IL 60603

Air Tron Enterprises Inc
DBA Merts and C&C Airtron
3102 Holeman ave
Steger, IL 60475

Firstar Bank
POBox 2888
Corporate Loan Svc Ctr
Oshkosh, WI 54903-2888

Matteson Area Chamber of Comme
600 Holiday Drive
PO Box 106
Matteson, IL 60443

Associated St James Radiolgists
PO Box 3597
Springfield, IL 62708-3597

Freedom Financial
3058 East Elm St
Springfield, MO 65802

Mutual Hospital Svc
PO Box 663519
Indianapolis, IN 46266-3519

BBC Royal Bank
POBox 4016 Station A
Toronto, Ontario M5W 2E6
Canada

Gary V. Friedland
PO box 323
Park Forest, IL 60466

Mutual Hsp Srvcs In
2525 N Shadeland Ave Ste
Indianapolis, IN 46219

Brant Companies
1947 Woodlawn Avenue
Griffith, IN 46319

Hospital Radiology Service SC
#8 US Rte 6 West
Suite 2
Peru, IL 61354

Premium Financing Specialists Inc
PO Box 100120
Pasadena, CA 91189-0120

Canada Student Loans
c/o Total Recovery Ltd
225 Yorkland Blvd  M2J4Y7
Toronto, ON

J.S. Pauluch

Reproductive Health Assoc SC
PO box 100
Flossmoor, IL 60422-0100

Cb Usa Inc
Po Box 8000
Hammond, IN 46325

James X-Ray

Robert Tepper
111 W Washington St
Suite 1900
Chicago, IL 60602

Colwell
PO Box 64555
Saint Paul, MN 55164-0555

Kenneth Murkowski
c/o Bernard Edelman, Esq
77 W Washington St #1514
Chicago, IL 60602

Royal Bank of Canada
5031 - 51st Avenue
Ponoka AB T4J1R7
Canada

Com Ed
Bill Payment Center
Chicago, IL 60668-0001

Keynote Consulting
220 W Campus Dr Ste 102
Arlington Heights, IL 60004

Royal Bank of Canada
Collections PO box 6630 StationTer
Vancouver BC V6B 6M1
Canada

Creditors Collection
Pob 63
Kankakee, IL 60901

Ladco Leasing
555 St Charles Place
Thousand Oaks, CA 91360

SBC Illinois
Bill payment ctr
Chicago, IL 60663

Town Of Ponoka C/o Able Apton Et Al
Suite 211, 9644-54 Avenue
Edmonton, Alberta T6E 5V1
Canada

US Bank
PO Box 790408
Saint Louis, MO 63179-0408

US Bank
PO Box 790401
Saint Louis, MO 63179-0401

West Bend Mutual Ins Co
1900 South 18th Ave
West Bend, WI 53095

Will County Treasurer
302 N Chicago St
Joliet, IL 60432-4059

World Savings & Loan
4101 Wiseman Blvd # Mc-T
San Antonio, TX 78251

World Savings Bank
PO Box 659568
San Antonio, TX 78265-9568