# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: CHIDLOW-WILLIAMS, SHANNON L    § Case No. 05-55613
                                      §
                                      §
Debtors                               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on October 14, 2005. The undersigned trustee was appointed on October 14, 2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $     65,290.71

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 23,135.90 |
   | Payments to creditors | 9,824.55 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 7,500.00 |
   | Leaving a balance on hand of | $ 24,830.26 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

    6. The deadline for filing claims in this case was 05/22/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

    7. The Trustee's proposed distribution is attached as **Exhibit D** .

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,139.54. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $6,139.54, for a total compensation of $6,139.54. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $75.28, for total expenses of $75.28.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/25/2009          By: /s/MICHAEL G. BERLAND
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-55613  
**Case Name:** CHIDLOW-WILLIAMS, SHANNON L  

**Trustee:** (520196)  MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 10/14/05 (f)  
**§341(a) Meeting Date:** 02/02/06  

**Period Ending:** 06/25/09  
**Claims Bar Date:** 05/22/06  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3626 Green Street,Steger,Il-scheduled | 137,750.00 | 0.00 | | 0.00 | FA |
| 2 | 3444 Chicago, steger, Il-scheduled | 100,000.00 | 0.00 | | 0.00 | FA |
| 3 | US Bank checking-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 4 | First United checking-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Us Bank for business-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Royal Bank of Canada-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 7 | US Bank savings-scheduled | 25.00 | 0.00 | | 0.00 | FA |
| 8 | Royal Bank US-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Household goods-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Medical books-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Clothing-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Wedding ring-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 13 | 2 other rings-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 14 | Prudential term insurance-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Interest in AAA Chiropractic-scheduled | Unknown | 0.00 | | 0.00 | FA |
| 16 | Claim accounts receivables-AAA Chiropractic-sch | Unknown | 0.00 | | 0.00 | FA |
| 17 | Persona inury-scheduled | Unknown | 0.00 | | 65,000.00 | FA |
| 18 | Office equipment-scheduled | 700.00 | 0.00 | | 0.00 | FA |
| 19 | Assets of AAA Chiropractic-scheduled | Unknown | 0.00 | | 0.00 | FA |
| 20 | 2000 Lincoln LS-scheduled | 7,250.00 | 0.00 | | 0.00 | FA |
| 21 | 1985 Mercury Mistique-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 22 | Claim against Dr. Murkowski-scheduled | Unknown | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 290.71 | Unknown |
| 23 | Assets    Totals (Excluding unknown values) | **$249,125.00** | **$0.00** | | **$65,290.71** | **$0.00** |

**Major Activities Affecting Case Closing:**

    The Trustee  settled the personal injury action. The Trustee recently was dismissed as a party defendant in the adversary action and a Motion to Abandon his interest in certain rings was granted. The Trustee will file his final report in 2009.

Printed: 06/25/2009 04:28 PM    V.11.21

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 05-55613
**Case Name:** CHIDLOW-WILLIAMS, SHANNON L

**Trustee:** (520196)   MICHAEL G. BERLAND
**Filed (f) or Converted (c):** 10/14/05 (f)
**§341(a) Meeting Date:** 02/02/06

**Period Ending:** 06/25/09

**Claims Bar Date:** 05/22/06

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   May 31, 2010        **Current Projected Date Of Final Report (TFR):**   May 31, 2010

Printed: 06/25/2009 04:28 PM    V.11.21

Exhibit B

# FORM 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-55613
**Case Name:** CHIDLOW-WILLIAMS, SHANNON L

**Taxpayer ID #:** 13-7551499
**Period Ending:** 06/25/09

**Trustee:** MICHAEL G. BERLAND (520196)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****48-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/09/07 | {17} | Occidental Fire & Casualty | Payment of personal injury settlement purusant to court order | 1129-000 | 65,000.00 | | 65,000.00 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 26.25 | | 65,026.25 |
| 02/06/07 | 1001 | Latherow & Poretta | Payment of attorney fee pursuant to court order | 3210-600 | | 21,666.67 | 43,359.58 |
| 02/06/07 | 1002 | Latherow & Poretta | Payment of special counsel expenses pursuant to court order | 3220-610 | | 1,469.23 | 41,890.35 |
| 02/21/07 | 1003 | Farmers Insurance | Payment of lien pursuant ot court order Stopped on 02/21/07 | 4210-000 | | 3,221.10 | 38,669.25 |
| 02/21/07 | 1003 | Farmers Insurance | Payment of lien pursuant ot court order Stopped: check issued on 02/21/07 | 4210-000 | | -3,221.10 | 41,890.35 |
| 02/21/07 | 1004 | Farmers Insurance | Payment of lien pursuant to court order | 4210-000 | | 3,221.10 | 38,669.25 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.34 | | 38,692.59 |
| 03/06/07 | 1005 | Shannon Chidlow-Williams | Payment of exemption for personal injury | 8100-002 | | 7,500.00 | 31,192.59 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.66 | | 31,213.25 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.36 | | 31,234.61 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.36 | | 31,251.97 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.13 | | 31,268.10 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.81 | | 31,285.91 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.26 | | 31,303.17 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.60 | | 31,318.77 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.39 | | 31,337.16 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 16.30 | | 31,353.46 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 15.96 | | 31,369.42 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 14.34 | | 31,383.76 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 6.44 | | 31,390.20 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.83 | | 31,396.03 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.37 | | 31,400.40 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.93 | | 31,404.33 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.99 | | 31,408.32 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.99 | | 31,412.31 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.73 | | 31,416.04 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.12 | | 31,420.16 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.42 | | 31,423.58 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.47 | | 31,426.05 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.22 | | 31,428.27 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.28 | | 31,429.55 |
| 02/09/09 | 1006 | St. Margaret Hospital | Payment of lien per court order | 4210-000 | | 1,603.45 | 29,826.10 |

Subtotals: $65,286.55 $35,460.45

{} Asset reference(s)

Printed: 06/25/2009 04:28 PM V.11.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 05-55613  
**Case Name:** CHIDLOW-WILLIAMS, SHANNON L  
**Taxpayer ID #:** 13-7551499  
**Period Ending:** 06/25/09

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****48-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/09/09 | 1007 | Life Works Health Center | Payment of lien per court order | 4210-000 | | 5,000.00 | 24,826.10 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 24,827.20 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 24,828.28 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.01 | | 24,829.29 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.97 | | 24,830.26 |
| | | | **ACCOUNT TOTALS** | | 65,290.71 | 40,460.45 | **$24,830.26** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 65,290.71 | 40,460.45 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$65,290.71** | **$32,960.45** | |

{} Asset reference(s)

Printed: 06/25/2009 04:28 PM   V.11.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 05-55613  
**Case Name:** CHIDLOW-WILLIAMS, SHANNON L

**Taxpayer ID #:** 13-7551499  
**Period Ending:** 06/25/09

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****48-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****48-65** | 65,290.71 | 32,960.45 | 24,830.26 |
| **Checking # ***-*****48-66** | 0.00 | 0.00 | 0.00 |
| | **$65,290.71** | **$32,960.45** | **$24,830.26** |

{} Asset reference(s)                                           Printed: 06/25/2009 04:28 PM   V.11.21

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 05-55613
Case Name: CHIDLOW-WILLIAMS, SHANNON L
Trustee Name: MICHAEL G. BERLAND

Claims of secured creditors will be paid as follows:

*Claimant*                                                                    *Proposed Payment*

                            N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | MICHAEL G. BERLAND | $ 6,139.54 | $ 75.28 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                     *Fees*                     *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $23,506.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 17P | IRS - Notice Purpose Only | $ 23,506.33 | $ 18,615.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 186,340.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 -2 | States Resources Corp | $ 21,028.02 | $ 0.00 |
| 3 | Ladco Leasing | $ 176.00 | $ 0.00 |
| 5 | US Bank Corp/ Retail Payment Solutions | $ 3,794.32 | $ 0.00 |
| 6 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | $ 398.90 | $ 0.00 |
| 7 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | $ 329.08 | $ 0.00 |
| 8 | Daniel R Dieska | $ 411.32 | $ 0.00 |
| 9 | US Bank Corp/ Retail Payment Solutions | $ 31.53 | $ 0.00 |
| 10 | James X-Ray | $ 2,309.45 | $ 0.00 |

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 11 | Town Of Ponoka C/o Able Apton Et Al | $ 164.47 | $ 0.00 |
| 12 | Mutual Hospital Services Inc | $ 7,697.76 | $ 0.00 |
| 15 | Kenneth Murkowski | $ 150,000.00 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 17U | IRS - Notice Purpose Only | $ 6,403.41 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (4/1/2009)**