**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: CHIDLOW-WILLIAMS, SHANNON L     §    Case No. 05-55613
                                       §
                                       §
Debtors                                §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 65,291.79 |
| *and approved disbursements of* | $ 40,460.45 |
| *leaving a balance of* | $ 24,831.34 |

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                      N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $ 6,139.54 | $ 75.28 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

*Other* _____ $_____ $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* _____ | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $23,506.33 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 17P | IRS - Notice Purpose Only | $ 23,506.33 | $ 18,615.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 186,340.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 -2 | States Resources Corp | $ 21,028.02 | $ 0.00 |
| 3 | Ladco Leasing | $ 176.00 | $ 0.00 |
| 5 | US Bank Corp/ Retail Payment Solutions | $ 3,794.32 | $ 0.00 |
| 6 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | $ 398.90 | $ 0.00 |
| 7 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | $ 329.08 | $ 0.00 |
| 8 | Daniel R Dieska | $ 411.32 | $ 0.00 |

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 9 | US Bank Corp/ Retail Payment Solutions | $ 31.53 | $ 0.00 |
| 10 | James X-Ray | $ 2,309.45 | $ 0.00 |
| 11 | Town Of Ponoka C/o Able Apton Et Al | $ 164.47 | $ 0.00 |
| 12 | Mutual Hospital Services Inc | $ 7,697.76 | $ 0.00 |
| 15 | Kenneth Murkowski | $ 150,000.00 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 17U | IRS - Notice Purpose Only | $ 6,403.41 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S. Dearborn
Chicago, IL

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 08/28/2009 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 07/21/2009     By: /s/MICHAEL G. BERLAND
                                         Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vwalker                Page 1 of 2                   Date Rcvd: Jul 29, 2009
Case: 05-55613                 Form ID: pdf006              Total Noticed: 54

The following entities were noticed by first class mail on Jul 31, 2009.
db           +Shannon L Chidlow-Williams,   3626 Green Street,    Steger, IL 60475-1628
aty          +Cindy M. Johnson,   Johnson & Newby, LLC,    39 S. LaSalle Street,   Suite 820,
               Chicago, IL 60603-1616
tr           +Michael G Berland,   1 N LaSalle St,   No.1775,    Chicago, IL 60602-4065
10258798     +Advocate south Suburban Hospital,    PO Box 129,    Lombard, IL 60148-0129
10258799     +Air Tron Enterprises Inc,    DBA Merts and C&C Airtron,    3102 Holeman ave,
               Steger, IL 60475-1189
10258800      Associated St James Radiolgists,    PO Box 3597,    Springfield, IL 62708-3597
10258801      BBC Royal Bank,   POBox 4016 Station A,    Toronto, Ontario M5W 2E6,   Canada
10258802     +Brant Companies,   1947 Woodlawn Avenue,    Griffith, IN 46319-1047
10258803      Canada Student Loans,   c/o Total Recovery Ltd,    225 Yorkland Blvd M2J4Y7,   Toronto, ON
10258804     +Cb Usa Inc,   Po Box 8000,   Hammond, IN 46325-8000
10258805      Colwell,   PO Box 64555,   Saint Paul, MN 55164-0555
10258808     +Daniel R Dieska,   17726 A Oak park Ave,    Tinley Park, IL 60477-4450
10487911     +Dr Fred J Tomaszewski,   c/o Jeffrey M McCarthy,    136 E 9th Street,   Lockport, IL 60441-3402
10487909     +Dynasty Properties Inc,    147 Cobblestone Drive,    147 Cobblestone Drive,   Crete, IL 60417-6305
10487910     +Firstar Bank,   US Bank,   P O Box 790401,    Saint Louis, MO 63179-0401
10258810     +Freedom Financial,    3058 East Elm St,   Springfield, MO 65802-2632
10258811     +Gary V. Friedland,   PO box 323,   Park Forest, IL 60466-0323
10258812      Hospital Radiology Service SC,    #8 US Rte 6 West,    Suite 2,   Peru, IL 61354
11332422    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,     c/o US Attorney,   219 S. Dearborn Street,
               Chicago, IL 60604)
11338153     +IRS - For Notice Purposes Only,    Department of the Treasury-IRS,
               12th Street & Constitution Ave,    Washington, DC 20224-0001
11338152     +IRS - For Notice Purposes Only,    Stop 5010 CHI,   230 S Dearborn Street,
               Chicago, IL 60604-1505
11338154     +IRS - Notice Purpose Only,    P O Box 2116,   Philadelphia, PA 19103-0116
10258813     +J.S. Pauluch,   P O Box 2703,   Schiller Park, IL 60176-0703
10258814     +James X-Ray,   505 Harvester Ct Unit F,    Wheeling, IL 60090-4754
10745454     +Kenneth Murkowski,   c/o Robert R. Tepper,    111 W. Washington St.,   Suite 1900,
               Chicago, IL 60602-2713
10487942     +Kenneth Murkowski,   645 St Clair Ave,    Jackson, MI 49202-2024
10258815     +Kenneth Murkowski,   c/o Bernard Edelman, Esq,    77 W Washington St #1514,
               Chicago, IL 60602-3221
10258816     +Keynote Consulting,   220 W Campus Dr Ste 102,    Arlington Heights, IL 60004-1498
10258817     +Ladco Leasing,   555 St Charles Place,    Thousand Oaks, CA 91360-3982
10258818     +Law Offices of Peter E Converse PC,    105 W Adams St,    Suite 3000,   Chicago, IL 60603-6228
10258819     +Matteson Area Chamber of Commerce,    600 Holiday Drive,    PO Box 106,   Matteson, IL 60443-0106
10739916      Mutual Hospital Services Inc,    P O Box 19828,    Indianapolis, IN 46219-0828
10258820      Mutual Hospital Svc,   PO Box 663519,    Indianapolis, IN 46266-3519
10258821     +Mutual Hsp Srvcs In,    2525 N Shadeland Ave Ste,   Indianapolis, IN 46219-1787
10258822      Premium Financing Specialists Inc,    PO Box 100120,   Pasadena, CA 91189-0120
10258823      Reproductive Health Assoc SC,    PO box 100,    Flossmoor, IL 60422-0100
10258824     +Robert Tepper,   111 W Washington St,    Suite 1900,    Chicago, IL 60602-2713
10258825      Royal Bank of Canada,    5031 - 51st Avenue,   Ponoka AB T4J1R7,   Canada
10258826      Royal Bank of Canada,    Collections PO box 6630 StationTerm,    Vancouver BC V6B 6M1,   Canada
10487912     +SBC Ameritech,   200 E Randolph   68th FL,    Chicago, IL 60601-6436
10258827      SBC Illinois,   Bill payment ctr,   Chicago, IL 60663
10570532     +States Resources Corp,    4848 South 131st Street,    Omaha, NE 68137-1822
10258828      Town Of Ponoka C/o Able Apton Et Al,    Suite 211, 9644-54 Avenue,   Edmonton, Alberta T6E 5V1,
               Canada
10258809    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Firstar Bank,    POBox 2888,    Corporate Loan Svc Ctr,
               Oshkosh, WI 54903-2888)
10258829    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    PO Box 790408,    Saint Louis, MO 63179-0408)
10258830      US Bank,   PO Box 790401,   Saint Louis, MO 63179-0401
10648304     +US Bank Corp/ Retail Payment Solutions,    PO Box 5229,   Cincinnati, Ohio 45201-5229
10258834    ++WORLD SAVINGS BANK FSB,    ATTN BANKRUPTCY DEPARTMENT,    4101 WISEMAN BLVD,
               SAN ANTONIO TX 78251-4201
              (address filed with court: World Savings Bank,    PO Box 659568,   San Antonio, TX 78265-9568)
10258831     +West Bend Mutual Ins Co,    1900 South 18th Ave,   West Bend, WI 53095-9791
10258832      Will County Treasurer,    302 N Chicago St,   Joliet, IL 60432-4059
10258833     +World Savings & Loan,    4101 Wiseman Blvd # Mc-T,    San Antonio, TX 78251-4201
The following entities were noticed by electronic transmission on Jul 30, 2009.
aty          +E-mail/Text: DJW@DWINTERLAW.COM                            Daniel J Winter,
               Law Offices Of Daniel J Winter,    53 W Jackson Suite 725,   Chicago, IL 60604-3476
10258806      E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                            Com Ed,
               Bill Payment Center,   Chicago, IL 60668-0001
10258807     +E-mail/Text: Jboyd@creditorscollection.com                            Creditors Collection,
               Pob 63,   Kankakee, IL 60901-0063
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-1           User: vwalker              Page 2 of 2                Date Rcvd: Jul 29, 2009
Case: 05-55613                 Form ID: pdf006            Total Noticed: 54

aty*          +Michael G Berland,   1 N LaSalle St,  No.1775,   Chicago, IL 60602-4065
10659948*     +US BANK CORP/RETAIL PAYMENT SOLUTIONS,    PO BOX 5229,   CINCINNATI, OHIO 45201-5229
                                                                                    TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2009**               **Signature:** *Joseph Speetjens*