**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: CHIDLOW-WILLIAMS, SHANNON L | § | Case No. 05-55613 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $26,375.00 |
| Total Distribution to Claimants: $28,442.95 | Claims Discharged Without Payment: $261,534.59 |
| Total Expenses of Administration: $29,350.72 | |

3) Total gross receipts of $ 65,293.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,500.00 (see **Exhibit 2**), yielded net receipts of $57,793.67 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $232,600.00 | $91,304.08 | $9,824.55 | $9,824.55 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 29,350.72 | 29,350.72 | 29,350.72 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 77,558.73 | 42,124.73 | 18,618.40 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 60,160.00 | 363,772.28 | 192,744.26 | 0.00 |
| TOTAL DISBURSEMENTS | $292,760.00 | $561,985.81 | $274,044.26 | $57,793.67 |

4) This case was originally filed under Chapter 7 on October 14, 2005.
. The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/22/2010          By: /s/MICHAEL G. BERLAND
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Persona inury-scheduled | 1129-000 | 65,000.00 |
| Interest Income | 1270-000 | 293.67 |
| **TOTAL GROSS RECEIPTS** | | **$65,293.67** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Shannon Chidlow-Williams | Payment of exemption for personal injury | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,500.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| States Resources Corp | 4110-000 | N/A | 72,396.99 | 0.00 | 0.00 |
| Freedom Financial | 4110-000 | 17,000.00 | 9,082.54 | 0.00 | 0.00 |
| Firstar Bank | 4110-000 | 70,000.00 | N/A | N/A | 0.00 |
| Dynasty Properties, Inc | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| Firstar Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| Firstar Bank | 4110-000 | 20,000.00 | N/A | N/A | 0.00 |
| Law Offices of Peter E Converse PC | 4110-000 | 15,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| World Savings Bank | 4110-000 | 106,200.00 | N/A | N/A | 0.00 |
| Will County Treasurer | 4110-000 | 4,400.00 | N/A | N/A | 0.00 |
| Firstar Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| Farmers Insurance | 4210-000 | N/A | 3,221.10 | 3,221.10 | 3,221.10 |
| St. Margaret Hospital | 4210-000 | N/A | 1,603.45 | 1,603.45 | 1,603.45 |
| Life Works Health Center | 4210-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| **TOTAL SECURED CLAIMS** | | **$232,600.00** | **$91,304.08** | **$9,824.55** | **$9,824.55** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 6,139.54 | 6,139.54 | 6,139.54 |
| MICHAEL G. BERLAND | 2200-000 | N/A | 75.28 | 75.28 | 75.28 |
| Latherow & Poretta | 3210-600 | N/A | 21,666.67 | 21,666.67 | 21,666.67 |
| Latherow & Poretta | 3220-610 | N/A | 1,469.23 | 1,469.23 | 1,469.23 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 29,350.72 | 29,350.72 | 29,350.72 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 5800-000 | N/A | 35,434.00 | 0.00 | 0.00 |
| IRS - Notice Purpose Only | 5800-000 | N/A | 23,506.33 | 23,506.33 | 0.00 |
| Internal Revenue Service | 5800-000 | N/A | 18,618.40 | 18,618.40 | 18,618.40 |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 77,558.73 | 42,124.73 | 18,618.40 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| States Resources Corp | 7100-000 | N/A | 21,028.02 | 0.00 | 0.00 |
| States Resources Corp | 7100-000 | N/A | 21,028.02 | 21,028.02 | 0.00 |
| Ladco Leasing | 7100-000 | N/A | 176.00 | 176.00 | 0.00 |
| US Bank Corp/ Retail Payment Solutions | 7100-000 | 3,700.00 | 3,794.32 | 3,794.32 | 0.00 |
| US BANK CORP/RETAIL PAYMENT SOLUTIONS | 7100-000 | N/A | 398.90 | 398.90 | 0.00 |
| US BANK CORP/RETAIL PAYMENT SOLUTIONS | 7100-000 | N/A | 329.08 | 329.08 | 0.00 |
| Daniel R Dieska | 7100-000 | 350.00 | 411.32 | 411.32 | 0.00 |
| US Bank Corp/ Retail Payment Solutions | 7100-000 | N/A | 31.53 | 31.53 | 0.00 |
| James X-Ray | 7100-000 | 3,000.00 | 2,309.45 | 2,309.45 | 0.00 |
| Town Of Ponoka C/o Able Apton Et Al | 7100-000 | 165.00 | 164.47 | 164.47 | 0.00 |
| Mutual Hospital Services Inc | 7100-000 | 7,661.00 | 7,697.76 | 7,697.76 | 0.00 |
| Kenneth Murkowski | 7100-000 | unknown | 150,000.00 | 0.00 | 0.00 |
| Kenneth Murkowski | 7100-000 | N/A | 150,000.00 | 150,000.00 | 0.00 |
| IRS - Notice Purpose Only | 7200-000 | N/A | 6,403.41 | 6,403.41 | 0.00 |
| Hospital Radiology Service SC | 7100-000 | 139.00 | N/A | N/A | 0.00 |
| Gary V. Friedland | 7100-000 | 3,103.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Creditors Collection | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| Colwell | 7100-000 | 185.00 | N/A | N/A | 0.00 |
| Creditors Collection | 7100-000 | 874.00 | N/A | N/A | 0.00 |
| Com Ed Bill Payment Center | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| Js Pauluch | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| Kenneth Murkowski | 7100-000 | unknown | N/A | N/A | 0.00 |
| Royal Bank of Canada | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| West Bend Mutual Ins Co | 7100-000 | 325.00 | N/A | N/A | 0.00 |
| SBC Ameritech | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| Reproductive Health Assoc SC | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| Premium Financing Specialists Inc | 7100-000 | 465.00 | N/A | N/A | 0.00 |
| Cb Usa Inc | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| Matteson Area Chamber of Commerce | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| Keynote Consulting | 7100-000 | 429.00 | N/A | N/A | 0.00 |
| Kenneth Murkowski | 7100-000 | unknown | N/A | N/A | 0.00 |
| Air Tron Enterprises Inc DBA Merts and C&C Airtron | 7100-000 | 71.00 | N/A | N/A | 0.00 |
| Canada Student Loans c/o Total Recovery Ltd | 7100-000 | 4,950.00 | N/A | N/A | 0.00 |
| BBC Royal Bank | 7100-000 | 11,000.00 | N/A | N/A | 0.00 |
| Associated St James Radiolgists | 7100-000 | 428.00 | N/A | N/A | 0.00 |
| Advocate south Suburban Hospital | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 60,160.00 | 363,772.28 | 192,744.26 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 1

| Case Number: | 05-55613 | Trustee: | (520196) MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | CHIDLOW-WILLIAMS, SHANNON L | Filed (f) or Converted (c): | 10/14/05 (f) |
| | | §341(a) Meeting Date: | 02/02/06 |
| Period Ending: | 06/22/10 | Claims Bar Date: | 05/22/06 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3626 Green Street,Steger,Il-scheduled | 137,750.00 | 0.00 | | 0.00 | FA |
| 2 | 3444 Chicago, steger, Il-scheduled | 100,000.00 | 0.00 | | 0.00 | FA |
| 3 | US Bank checking-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 4 | First United checking-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Us Bank for business-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Royal Bank of Canada-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 7 | US Bank savings-scheduled | 25.00 | 0.00 | | 0.00 | FA |
| 8 | Royal Bank US-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Household goods-scheduled | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Medical books-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Clothing-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Wedding ring-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 13 | 2 other rings-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 14 | Prudential term insurance-scheduled | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Interest in AAA Chiropractic-scheduled | Unknown | 0.00 | | 0.00 | FA |
| 16 | Claim accounts receivables-AAA Chiropractic-sch | Unknown | 0.00 | | 0.00 | FA |
| 17 | Persona inury-scheduled | Unknown | 57,500.00 | | 65,000.00 | FA |
| 18 | Office equipment-scheduled | 700.00 | 0.00 | | 0.00 | FA |
| 19 | Assets of AAA Chiropractic-scheduled | Unknown | 0.00 | | 0.00 | FA |
| 20 | 2000 Lincoln LS-scheduled | 7,250.00 | 0.00 | | 0.00 | FA |
| 21 | 1985 Mercury Mistique-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 22 | Claim against Dr. Murkowski-scheduled | Unknown | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 293.67 | Unknown |
| 23 | Assets  Totals (Excluding unknown values) | $249,125.00 | $57,500.00 | | $65,293.67 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee filed his Final Report and made the distribution to creditors.

Printed: 06/22/2010 11:57 AM   V.12.08

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 05-55613  
**Case Name:** CHIDLOW-WILLIAMS, SHANNON L  
**Period Ending:** 06/22/10

**Trustee:** (520196)  MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 10/14/05 (f)  
**§341(a) Meeting Date:** 02/02/06  
**Claims Bar Date:** 05/22/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** May 31, 2010  
**Current Projected Date Of Final Report (TFR):** May 31, 2010

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-55613 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | CHIDLOW-WILLIAMS, SHANNON L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****48-65 - Money Market Account |
| Taxpayer ID #: | **-***1499 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/22/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/07 | {17} | Occidental Fire & Casualty | Payment of personal injury settlement purusant to court order | 1129-000 | 65,000.00 | | 65,000.00 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 26.25 | | 65,026.25 |
| 02/06/07 | 1001 | Latherow & Poretta | Payment of attorney fee pursuant to court order | 3210-600 | | 21,666.67 | 43,359.58 |
| 02/06/07 | 1002 | Latherow & Poretta | Payment of special counsel expenses pursuant to court order | 3220-610 | | 1,469.23 | 41,890.35 |
| 02/21/07 | 1003 | Farmers Insurance | Payment of lien pursuant ot court order Stopped on 02/21/07 | 4210-000 | | 3,221.10 | 38,669.25 |
| 02/21/07 | 1003 | Farmers Insurance | Payment of lien pursuant ot court order Stopped: check issued on 02/21/07 | 4210-000 | | -3,221.10 | 41,890.35 |
| 02/21/07 | 1004 | Farmers Insurance | Payment of lien pursuant to court order | 4210-000 | | 3,221.10 | 38,669.25 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.34 | | 38,692.59 |
| 03/06/07 | 1005 | Shannon Chidlow-Williams | Payment of exemption for personal injury | 8100-002 | | 7,500.00 | 31,192.59 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.66 | | 31,213.25 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.36 | | 31,234.61 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.36 | | 31,251.97 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.13 | | 31,268.10 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.81 | | 31,285.91 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.26 | | 31,303.17 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.60 | | 31,318.77 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.39 | | 31,337.16 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 16.30 | | 31,353.46 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 15.96 | | 31,369.42 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 14.34 | | 31,383.76 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 6.44 | | 31,390.20 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.83 | | 31,396.03 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.37 | | 31,400.40 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.93 | | 31,404.33 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.99 | | 31,408.32 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.99 | | 31,412.31 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.73 | | 31,416.04 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.12 | | 31,420.16 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 3.42 | | 31,423.58 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.47 | | 31,426.05 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.22 | | 31,428.27 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.28 | | 31,429.55 |
| 02/09/09 | 1006 | St. Margaret Hospital | Payment of lien per court order | 4210-000 | | 1,603.45 | 29,826.10 |

Subtotals: $65,286.55 $35,460.45

{} Asset reference(s)

Printed: 06/22/2010 11:57 AM V.12.08

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-55613 | | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | CHIDLOW-WILLIAMS, SHANNON L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****48-65 - Money Market Account |
| Taxpayer ID #: | **-****1499 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/22/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/09/09 | 1007 | Life Works Health Center | Payment of lien per court order | 4210-000 | | 5,000.00 | 24,826.10 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.10 | | 24,827.20 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 24,828.28 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.01 | | 24,829.29 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.97 | | 24,830.26 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.08 | | 24,831.34 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.04 | | 24,832.38 |
| 08/26/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.84 | | 24,833.22 |
| 08/26/09 | | To Account #********4866 | Transfer for prupose of final distribution | 9999-000 | | 24,833.22 | 0.00 |
| | | | ACCOUNT TOTALS | | 65,293.67 | 65,293.67 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 24,833.22 | |
| | | | Subtotal | | 65,293.67 | 40,460.45 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | NET Receipts / Disbursements | | $65,293.67 | $32,960.45 | |

{} Asset reference(s)

Printed: 06/22/2010 11:57 AM    V.12.08

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-55613 | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- |
| Case Name: | CHIDLOW-WILLIAMS, SHANNON L | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****48-66 - Checking Account |
| Taxpayer ID #: | **-****1499 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/22/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08/26/09 | | From Account #********4865 | Transfer for prupose of final distribution | 9999-000 | 24,833.22 | | 24,833.22 |
| 08/31/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $75.28, Trustee Expenses; Reference: | 2200-000 | | 75.28 | 24,757.94 |
| 08/31/09 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $6,139.54, Trustee Compensation; Reference: | 2100-000 | | 6,139.54 | 18,618.40 |
| 08/31/09 | 103 | IRS - Notice Purpose Only | Dividend paid 79.20% on $23,506.33; Claim# 17P; Filed: $23,506.33; Reference: Stopped on 12/04/09 | 5800-000 | | 18,618.40 | 0.00 |
| 12/04/09 | 103 | IRS - Notice Purpose Only | Dividend paid 79.20% on $23,506.33; Claim# 17P; Filed: $23,506.33; Reference: Stopped: check issued on 08/31/09 | 5800-000 | | -18,618.40 | 18,618.40 |
| 12/04/09 | 104 | Internal Revenue Service | Payment of first and final dividend per Final Report | 5800-000 | | 18,618.40 | 0.00 |
| | | | ACCOUNT TOTALS | | 24,833.22 | 24,833.22 | $0.00 |
| | | | Less: Bank Transfers | | 24,833.22 | 0.00 | |
| | | | Subtotal | | 0.00 | 24,833.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $24,833.22 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 05-55613 | Trustee: MICHAEL G. BERLAND (520196) |
| Case Name: CHIDLOW-WILLIAMS, SHANNON L | Bank Name: The Bank of New York Mellon |
| | Account: 9200-******48-65 - Money Market Account |
| Taxpayer ID #: **-***1499 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 06/22/10 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 06/22/2010 11:57 AM   V.12.08

Case 05-55613  Doc 59  Filed 07/13/10  Entered 07/13/10 10:08:08  Desc Main
                    Document      Page 13 of 13

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 05-55613 | Trustee: MICHAEL G. BERLAND (520196) |
| Case Name: CHIDLOW-WILLIAMS, SHANNON L | Bank Name: The Bank of New York Mellon |
| | Account: 9200-******48-66 - Checking Account |
| Taxpayer ID #: **-***1499 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 06/22/10 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****48-65 | 65,293.67 | 32,960.45 | 0.00 |
| Checking # ***-*****48-66 | 0.00 | 24,833.22 | 0.00 |
| MMA # 9200-******48-65 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******48-66 | 0.00 | 0.00 | 0.00 |
| | $65,293.67 | $57,793.67 | $0.00 |

{} Asset reference(s)

Printed: 06/22/2010 11:57 AM   V.12.08